STUART C. PLUNKETT (SBN 187971)
stuart.plunkett@alston.com
JEAN E. RICHMANN (SBN 323525)
jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., 21st Floor
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile:  415-243-1001

*Attorneys for Defendant* Tachyus Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT POINT ENERGY CORP., | Case No.: 3:20-cv-06850-MMC |
| *Plaintiff*, | Assigned to the Honorable Maxine M. Chesney |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TACHYUS; [PROPOSED] ORDER** |
| TACHYUS CORPORATION, | |
| *Defendant*. | |

PLEASE TAKE NOTICE that Defendant Tachyus Corporation has retained Alston & Bird LLP to substitute as counsel for Millstein & Associates in the above-captioned matter.

Withdrawing counsel for Defendant TACHYUS CORPORATION is:

David J. Millstein
Millstein & Associates
100 The Embarcadero, Penthouse
San Francisco, CA 94105
Telephone: 415-348-0348
Fax: 415-348-0336
Email: dmillstein@millstein-law.com

1

1  All pleadings, orders and notices should henceforth be served upon the following substituted
2  counsel for defendant TACHYUS CORPORATION:

3
4  Stuart C. Plunkett
   Alston & Bird LLP
5  560 Mission Street, Ste. 2100
   San Francisco, CA 94105
6  Phone: (415) 243-1057
   Fax:    (415) 243-1001
7  Email: stuart.plunkett@alston.com

8  Jean E. Richmann
   Alston & Bird LLP
9  560 Mission Street, Ste. 2100
   San Francisco, CA 94105
10 Phone: (415) 243-1039
   Fax:    (415) 243-1001
11 Email: jean.richmann@alston.com

12
13 The undersigned parties consent to the above withdrawal and substation of counsel.

14
15  DATED: October 29, 2020                    TACHYUS CORPORATION
16
17                                             By: __/s/ Matt Elbert_____
                                                   Matt Elbert
18
19
    DATED: October 29, 2020                    MILLSTEIN & ASSOCIATES
20
21                                             By: /s/ David J. Millstein_____
                                                   David J. Millstein
22
23
    DATED: October 29, 2020                    ALSTON & BIRDL LLP
24
25
                                               By: /s/ Stuart C. Plunkett_____
26                                                 Stuart C. Plunkett
27
28

2

1 | The above withdrawal and substitution of counsel is approved and so ORDERED.

3 | DATED: October 29, 2020

_____
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Jean E. Richmann, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 29, 2020

/s/ Stuart C. Plunkett
Stuart C. Plunkett

ALSTON & BIRD LLP
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Telephone: 415-243-1000
E-mail: stuart.plunkett@alston.com

*Counsel for Defendant Tachyus Corporation*